IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARVIN TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 5:10-CV-502 (MTT) |
| STEVE UPTON, *Warden*, et. al, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 20). The Magistrate Judge recommended that the Plaintiff's claims for conspiracy to retaliate be dismissed because the Plaintiff's vague and general allegations were insufficient to support this claim. Additionally, the Magistrate Judge stated that the Plaintiff's claims related to his grievances were not actionable pursuant to 42 U.S.C. § 1983, and must be dismissed. With regard to the Plaintiff's access to the courts claim, the Magistrate Judge found no actual injury, and recommended that these claims be dismissed. The Magistrate Judge also determined that the Plaintiff's deprivation of property claims should be dismissed because a meaningful post-deprivation remedy is available. The Magistrate Judge also recommended that the failure to supervise claims be dismissed because the Plaintiff did not allege any of the prerequisites for supervisory liability. The Magistrate Judge further recommended that the Plaintiff's claims for injunctive and declaratory relief be dismissed because the Plaintiff was transferred from the Georgia Diagnostic and Classification Prison. However, the Magistrate Judge recommended that the Plaintiff's

due process and Eighth Amendment claims remain because he had asserted a colorable claim.  Based on his recommendations, the Magistrate Judge determined that Defendant Brian Owens should be dismissed.  The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of the Court.  Defendant Brian Owens is **DISMISSED**.  The conspiracy to retaliate claims, grievance claims, access to the court claims, deprivation of personal property claims, failure to supervise claims, and claims for injunctive and declaratory relief are **DISMISSED**.  The due process and Eighth Amendment claims shall go forward against the remaining Defendants.

**SO ORDERED**, this the 6th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT