IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARVIN TURNER, | : | |
| **Plaintiff,** | : | |
| | : | NO.  5:10-CV-502 (MTT) |
| VS. | : | |
| STEVE UPTON, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| **Defendants.** | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Plaintiff Marvin Turner has filed a Motion for Default Judgment alleging that the Defendants have failed to timely file an answer or other responsive pleading in this action.  After review of the docket in this case, it appears that the only Defendant upon whom service has been perfected is Victoria Malone.  Moreover, pursuant to the waiver of the service of summons form executed and filed by Defendant Malone, her deadline for filing a responsive pleading does not expire until November 7, 2011.  Doc. 37.  Accordingly, Plaintiff's Motion is **DENIED**.

**SO ORDERED**, this 21st day of October, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge