IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARVIN TURNER,<br><br>         Plaintiff,<br><br>VS.<br><br>STEVE UPTON, *et al.*,<br><br>         Defendants. | NO. 5:10-CV-502 (MTT)<br><br>Proceedings Under 42 U.S.C. §1983<br>Before the U.S. Magistrate Judge |

## ORDER

Before the Court are the several pleadings filed Plaintiff Marvin Turner including: (1) Motion for Discovery (Doc.50); (2) Motion for Discovery / Amended Additional Request for Production of Discovery Documents and Things (Doc.51); (3) Motion for Discovery / Interrogatories (Doc.52); and, (4) Motion for Discovery / Request for Admissions (Doc.53). Review reveals that these documents are not motions, but rather are copies of Plaintiff's discovery requests to the Defendants. Pursuant to the instructions regarding discovery set forth in the Court's order of September 6, 2011, the filing of a discovery requests with the Court is inappropriate. Doc.20. Accordingly, and insofar as the requests can be interpreted as motions, they are **DENIED**.

**SO ORDERED**, this 3rd day of August, 2012.

                                                                         s/ Charles H. Weigle
                                                                         Charles H. Weigle
                                                                         United States Magistrate Judge